# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRELL MORAN INC. d/b/a ) <br> TMI CONCRETE WASHOUT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CONCRETE WASHOUT SYSTEMS, ) <br> INC.; WASTEQUIP, INC. ) <br> ) <br> Defendants, ) <br> ) | CIVIL ACTION NO.:2:09-cv-973 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon the motion of TERRELL MORAN INC., d/b/a TMI CONCRETE WASHOUT, with respect to association of Phyllis A. Beech as counsel of record, and there being no objection, and the Court being of the opinion that the Motion is well taken, it is:

ORDERED that PHYLLIS A. BEECH is granted leave to be designated as the attorney of record for TERRELL MORAN INC. d/b/a TMI CONCRETE WASHOUT in these proceedings.

SIGNED IN CHAMBERS in Sacramento, California, this 1st day of May, 2009.

/s/ John A. Mendez
U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com